# EXHIBIT F

**Hennington, Taylor**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Wednesday, December 31, 2025 5:39 PM |
| **To:** | Hennington, Taylor |
| **Subject:** | Filing Submitted for Case: D-1-GN-25-010432; CYNTHIA WAIDE VS. CARRINGTON MORTGAGE SERVICE LLC; Envelope Number: 109586158 |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.



# Filing Submitted
Envelope Number: 109586158
Case Number: D-1-GN-25-010432
Case Style: CYNTHIA WAIDE VS. CARRINGTON MORTGAGE SERVICE LLC

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Travis County - District Clerk Civil/Family |
| **Date/Time Submitted** | 12/31/2025 5:38 PM CST |
| **Filing Type** | Answer/Response |
| **Filing Description** | DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC???S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Taylor Hennington |
| **Filing Attorney** | Taylor Hennington |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

| This envelope is pending review and fees may change. | |
|---|---|
| Case Fee Information | $0.00 |
| Answer/Response | $0.00 |

**Total:** $0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead Document** | CMS_Waide - Original Answer _ Affirmative Defenses(323590164.1).pdf |
| **Lead Document Page Count** | 3 |
| **File Copy** | [Download Document](#) |
| | This link is active for 45 days. |

For technical assistance, contact your service provider



Need Help? [Help](#)
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

CAUSE NO. D-1-GN-25-010432

| | | |
|---|---|---|
| CYNTHIA WAIDE, | § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | 353RD JUDICIAL DISTRICT |
| CARRINGTON MORTGAGE SERVICE LLC | § § § § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Carrington Mortgage Services, LLC ("Carrington"), erroneously named as "Carrington Mortgage Service LLC," answers Plaintiff Cynthia Waide's ("Plaintiff") Original Petition for Declaratory Judgment and Application for Temporary Restraining Order and Injunctive Relief (the "Petition") and asserts affirmative and other defenses as follows:

### I. GENERAL DENIAL

1. Pursuant to Texas Rule of Civil Procedure 92, Carrington generally denies each and every allegation in the Petition, as well as any and all amendments or supplements, and demands strict proof thereof.

### II. AFFIRMATIVE AND OTHER DEFENSES

In addition to its general and verified denial, Carrington asserts the following defenses without conceding which party bears the burden of proof on such defense:

2. Plaintiff fails to state a claim on which relief can be granted, and, therefore, each of Plaintiff's claims should be dismissed.

3. Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to satisfy all conditions precedent to recovery, including making timely loan payments and tendering the amounts owed to avoid foreclosure.

4. Plaintiff's claims are barred, in whole or part, by claim and/or issue preclusion.

5. Plaintiff's claims are subject to and/or barred, in whole or in part, by the terms of any relevant and applicable contracts and agreements.

6. Plaintiff's claims are barred, in whole or in part, because Plaintiff breached the relevant and applicable contracts and agreements.

7. Plaintiff's claims are barred, in whole or in part, because they are moot.

8. Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver, release, and/or other equitable doctrines.

9. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel (in all its forms).

10. Plaintiff's damages, if any, are barred, in whole or in part, by Plaintiff's failure to mitigate.

11. Plaintiff's claims and damages, if any, are barred, in whole or in part, by set-off, off-set, and recoupment, and Carrington claims all credits available to it.

12. Carrington reserves the right to plead such affirmative and/or other defenses which cannot be anticipated at this time, but which may become apparent and applicable during the pendency of this lawsuit, by reason of future discovery.

### III. RESERVATION OF RIGHTS

13. As authorized by the Texas Rules of Civil Procedure, Carrington reserves the right to amend this pleading before the trial of this cause on the merits.

## IV.  PRAYER

Carrington requests the Court, upon final hearing hereof, render a judgment that Plaintiff takes nothing by way of her claims, that Plaintiff's claims against Carrington be dismissed with prejudice, and that Carrington recovers its attorneys' fees and costs, and have all such other and further relief, both general and special, at law or in equity, to which it may be justly entitled.

Date: December 31, 2025

Respectfully submitted,

*/s/ Taylor D. Hennington*
Taylor D. Hennington
Texas Bar No. 24116508
taylor.hennington@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEY FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, a true and correct copy of the foregoing document was delivered to the following counsel of record via e-File Texas.

James Minerve
Minerve Law
13276 N. Hwy 183, Suite 209
Austin, Texas 78750
jgm@minervelaw.com
*Plaintiff's Counsel*

*/s/ Taylor D. Hennington*
Taylor D. Hennington

**Defendant Carrington Mortgage Services, LLC's Original Answer and Affirmative Defenses**    Page 3 of 3