IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CYNTHIA WAIDE § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:25-cv-2173 |
| § | |
| CARRINGTON MORTGAGE § | |
| SERVICE LLC § | |
| § | |
| Defendant. § | |

## DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Carrington Mortgage Services, LLC ("Carrington"), erroneously named as "Carrington Mortgage Service LLC," submits this Corporate Disclosure Statement and Certificate of Interested Persons and states as follows:

1. Plaintiff Cynthia Waide.

2. Defendant Carrington Mortgage Services, LLC. Carrington Mortgage Services, LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC and Carrington Investment Partners, L.P.

Carrington Holding Company, LLC is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC. The Carrington Companies, LLC's members are Bruce Rose and Darren Fulco.

Carrington Investment Partners, L.P. is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC, and whose limited partners are CIP Intermediate, LLC, a Delaware limited liability company, and Carrington Holding Company, LLC.

Carrington Holding Company, LLC is the sole member of CIP Intermediate, LLC.

Carrington Capital Management, LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC and Darren Fulco.

There are no publicly held corporations holding more than 10% or more in Carrington Mortgage Services, LLC's stock.

Carrington reserves the right to supplement this disclosure as necessary.

Date: December 31, 2025

Respectfully submitted,

*/s/ Taylor D. Hennington*
Taylor D. Hennington
Texas Bar No. 24116508
taylor.hennington@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEY FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, a true and correct copy of the foregoing document was delivered to the following counsel of record via CM/ECF and/or email.

James Minerve
Minerve Law
13276 N. Hwy 183, Suite 209
Austin, Texas 78750
jgm@minervelaw.com
***Plaintiff's Counsel***

*/s/ Taylor D. Hennington*
Taylor D. Hennington