IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CYNTHIA WAIDE** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:25-cv-02173 |
| **CARRINGTON MORTGAGE SERVICE LLC** | § § § § | |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Cynthia Waide and Defendant Carrington Mortgage Services, LLC hereby notify the Court that they have reached a settlement in principle and are preparing the formal settlement agreement. The parties anticipate filing a joint stipulation of dismissal with prejudice within 45 days and respectfully request the Court stay all current deadlines.

*Signature Page Follows*

Date: February 19, 2026					Respectfully submitted,

*/s/ James Minerve – with permission*
**James Minerve**
State Bar No. 24008692
Minerve Law
13276 N. Hwy 183, Ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Fax)
jgm@minervelaw.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Taylor D. Hennington*
**Taylor D. Hennington**
Texas Bar No. 24116508
taylor.hennington@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEY FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC**